## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.<br><br>v.<br><br>SHOP AT HOME, INC. | CIVIL ACTION NO. 02-3424<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>*Shop At Home Inc*<br>*5388 Hickory Hollow Parkway*<br>*Antioch, TN 37013* |

### YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

    Manny D. Pokotilow, Esq.
    Caesar Rivise Bernstein Cohen & Pokotilow, Ltd.
    1635 Market St., Seven Penn Center, 12th flr.
    Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: 5/30/02 |

(By) Deputy Clerk

PATRICIA A. JONES

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

United States District Court for the Eastern District of Pennsylvania
(NAME OF COURT)

QVC, Inc.          vs     Shop At Home, Inc.          02·3424
PLAINTIFF/PETITIONER              DEFENDANT/RESPONDENT          CASE NUMBER

I, Lee A. Miller          , being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Debra Butler, Legal Assistant Shop At Home Inc.
NAME OF PERSON/ ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with Debra Butler
NAME                                    RELATIONSHIP          At

☐ Residence
ADDRESS                    CITY / STATE
X Business 5388 Hickory Hollow Pkwy   Antioch, TN 37013
ADDRESS                    CITY / STATE

On June 4, 2002          AT 8:50 am
DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant      ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE     TIME                    DATE     TIME

(3)_____ (4)_____ (5)_____
DATE     TIME          DATE     TIME          DATE     TIME

X **Description:.** Age early 30S Sex F Race Caucasian Height 5'5 Weight 110 Hair Blond Beard N/A Glasses NO

_Lee A. Miller_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 4th day of June, 2002.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Tennessee

My Commission Expires: 1-29-05

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

FIRST CLASS SUBPOENA SERVICES
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102