IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| vs. : | 02-CV-3424 (JCJ) |
| : | |
| SHOP AT HOME, INC., : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff QVC, Inc. voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

Dated: October 1, 2002    By _____
Manny D. Pokotilow  (ID# 13310)
Salvatore Guerriero (ID# 83680)
Seven Penn Center - 12th Floor
1635 Market Street
Philadelphia, PA  19103-2212
(215) 567-2010

*Attorneys for Plaintiff,*
*QVC, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served upon counsel for Defendant Shop At Home, Inc., via First Class Mail, postage prepaid, in an envelope addressed to:

>Ronald L. Panitch, Esq.
>**AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.**
>2005 Market Street, Suite 2200
>Philadelphia, PA 19103
>
>Norman H. Zivin, Esq.
>**COOPER & DUNHAM, L.L.P.**
>1185 Avenue of the Americas
>New York, NY 10036

on this 1st day of October 2002.

_____
Salvatore Guerriero